IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00909-RPM

LUXURIO INC.,

    Plaintiff/Counterclaim-Defendant,

v.

J.G. SULLIVAN INTERACTIVE, INC.,

    Defendant/Counterclaim-Plaintiff.

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

THE COURT, having reviewed the Joint Motion to Modify Scheduling Order filed by the parties in this case, and being fully advised in the premises, hereby ORDERS that the Joint Motion is GRANTED. The deadlines established in the Scheduling Order are modified as follows:

| *Event* | *Original Deadline* | *Modified Deadline* |
|---|---|---|
| Discovery Cut-Off (Section 7.b) | February 1, 2009 | May 1, 2009 |
| Dispositive Motion Deadline (Section 7.c) | June 1, 2009 | September 1, 2009 |
| Expert Disclosures for Party Bearing Burden of Persuasion (Section 7.d(3)) | March 1, 2009 | June 1, 2009 |
| Expert Disclosures of Contradicting Experts (Section 7.d(4)) | April 1, 2009 | July 1, 2009 |
| Expert Disclosures of Rebuttal Expert Opinions (Section 7.d(5)) | May 1, 2009 | July 31, 2009 |
| Deadline for Serving Written Discovery (Sections 7.f and 7.g) | December 14, 2008 | March 14, 2009 |

Dated this 15th day of December, 2008.

BY THE COURT:

s/Richard P. Matsch_____
_____

Richard P. Matsch, Senior Judge