**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 08-CV-00909-RPM

LUXURIO, INC.,

    Plaintiff/Counterclaim-Defendant,

v.

JGSULLIVAN INTERACTIVE, INC.,

    Defendant/Counterclaim-Plaintiff.

_____

**ORDER**
_____

Upon consisderation of the *Motion to Amend the Counterclaim* [D.E. 22] filed by Counterclaim-Plaintiff, J.G. Sullivan Interactive, Inc., on January 28, 2009, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.1.

DATED this 29th of January, 2009.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, District Court Judge