IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00909-RPM

LUXURIO, INC.,

    Plaintiff,

v.

J.G. SULLIVAN INTERACTIVE, INC.,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION TO AMEND COUNTERCLAIM

On January 29, 2009, the defendant J.G. Sullivan Interactive, Inc., filed a motion to amend its counterclaims to add a third claim for relief joining Michael Murphy and Robert Murphy as counterclaim defendants. This Court denied the motion for failure to comply with D.C.COLO.LCivR 7.1. On February 2, 2009, the defendant renewed the motion. On February 25, 2009, the plaintiff filed a response opposing the renewed motion to amend. Upon consideration of the allegations in the tendered amended counterclaim and the plaintiff's objections, the Court concludes that the defendant has set forth a sufficient claim against Michael Murphy and Robert Murphy as additional counterclaim defendants and the defendant's brief is sufficient to demonstrate that the plaintiff corporation may not have been conducting its affairs as a corporation. Accordingly it is

ORDERED that the renewed motion to amend the counterclaim is granted and the tendered counterclaim is filed.

Dated: March 3rd, 2009

                BY THE COURT:
                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge