IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00909-RPM

LUXURIO, INC.,

    Plaintiff,

v.

J.G. SULLIVAN INTERACTIVE, INC.,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Joint Motion to Dismiss with Prejudice [32] filed on April 29, 2009, it is

ORDERED that any and all claims each party has against each other party in this case are dismissed with prejudice.

Dated: April 29th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge